**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 11-6772**

CLAVON D. JONES,

                    Plaintiff – Appellant,

          v.

CAPTAIN THOMAS; LIEUTENANT BRADLEY; WARDEN A. PADULA;
ROBERT WARDS; JON OZMINT; ASSOCIATE WARDEN BROOKS,

                    Defendants - Appellees.

Appeal from the United States District Court for the District of
South Carolina, at Greenville.   Richard M. Gergel, District
Judge.  (6:10-cv-02486-RMG)

Submitted:  October 17, 2011         Decided:  October 19, 2011

Before DUNCAN, DAVIS, and WYNN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Clavon D. Jones, Appellant Pro Se. Samuel F. Arthur, III, James
Rufus Bratton, III, AIKEN, BRIDGES, NUNN, ELLIOTT & TYLER, PA,
Florence, South Carolina, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Clavon D. Jones appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Jones v. Thomas, No. 6:10-cv-02486-RMG (D.S.C. May 23, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED